**IN THE SUPREME COURT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In the Matter of | : | No. 1259 Disciplinary Docket No. 3 |
| | : | |
| PHILIP G. GENTILE | : | No. 54 DB 2007 |
| | : | |
| | : | Attorney Registration No. 57151 |
| | : | |
| | : | (Northampton County) |
| PETITION FOR REINSTATEMENT | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 16th day of March, 2018, the Petition for Reinstatement is granted. Petitioner is directed to pay the expenses incurred by the Board in the investigation and processing of the Petition for Reinstatement. *See* Pa.R.D.E. 218(f).